## UNITED STATES DISTRICT COURT
### FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.3.3
### Eastern Division

Bryson McCaskill, et al.

                              Plaintiff,

v.                                                                          Case No.: 1:20−cv−05097
                                                                                Honorable John F. Kness

American Public Defense Inc., et al.

                              Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, November 3, 2021:

      MINUTE entry before the Honorable John F. Kness: Before the Court is Plaintiffs' agreed motion [55] for approval of the parties' FLSA settlement and for entry of a consent judgment under seal. For the reasons stated in the agreed motion, which the Court has carefully reviewed, the Court finds that the proposed settlement is both fair and reasonable. Accordingly, the motion for approval of the FLSA settlement is granted. In addition, for the reasons stated by the parties, the motion for entry of a consent judgment under seal is granted. Enter separate sealed consent judgment, which shall serve as the final judgment order in this action. Civil case terminated. Mailed notice(ef, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.